HONORABLE MARY K. DIMKE

MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD L. DASHIELL and GLENDA A. DASHIELL, husband and wife; WESLEY LEWIS McCART and PAMELA JOYCE McCART, husband and wife; and STEVEN LYNN PARKER and ANTOINETTE LYNN PARKER, husband and wife, <br><br>                    Plaintiff, <br><br>vs. <br><br>STEVENS COUNTY, municipal corporation and political subdivision of the State of Washington; and TIM RASMUSSEN, both in his official capacity as Stevens County Prosecutor and individually, <br><br>                    Defendants. | Cause No. 2:23-cv-00239-MKD <br><br> NOTICE OF APPEARANCE |

TO:   The above-named Plaintiffs and your counsel of record; and
TO:   The Clerk of the Court

NOTICE OF APPEARANCE - page 1

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

COME NOW Defendants, STEVENS COUNTY and TIM RASMUSSEN, and herewith enter their appearance in the above-entitled action through Michael E. McFarland, Jr., of Evans, Craven & Lackie, P.S., attorneys of record, and request that all further pleadings herein, exclusive of process, be served upon said attorneys at their office address stated below.

> Michael E. McFarland, Jr.
> Evans, Craven & Lackie, P.S.
> 818 W. Riverside, Suite 250
> Spokane, WA  99201
> 509-455-5200/Fax: 509-455-3632
> mmcfarland@ecl-law.com

These Defendants hereby specifically reserve all defenses as to lack of jurisdiction, improper venue, insufficiency of process or any other defenses available to these Defendants.

DATED this 7th day of September, 2023.

EVANS, CRAVEN & LACKIE, P.S.

By:    *s/ Michael E. McFarland, Jr.*
MICHAEL E. McFARLAND, JR., #23000
Attorneys for Defendants

NOTICE OF APPEARANCE - page 2



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

***Counsel for Plaintiffs***
Allison Turnbull
Luke W. O'Bannan
Email:     aturnbull@ks-lawyers.com
Email:     lobannan@ks-lawyers.com

By:     *s/Michael E. McFarland, Jr.*
MICHAEL E. MCFARLAND, JR. #23000
Attorney for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington  99201
(509) 455-5200
(509) 455-3632 Facsimile
mmcfarland@ecl-law.com