AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2024

SEAN F. McAVOY, CLERK

DONALD L. DASHIELL and GLENDA A. DASHIELL, husband and wife; WESLEY LEWIS MCCART and PAMELA JOYCE MCCART, husband and wife; and STEVENS LYNN PARKER and ANTOINETTE LYNN PARKER, husband and wife,

*Plaintiff*

v.

STEVENS COUNTY, a municipal corporation and political subdivision of the State of Washington; and TIM RASMUSSEN, both in his official capacity as Stevens County Prosecutor and individually,

*Defendant*

)
)
)
)
)
)

Civil Action No.   2:23-CV-00239-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Defendant Rasmussen's Motion for Summary Judgment, ECF No. 18, and Defendant Stevens County's Motion for Summary Judgment, ECF No. 20, are GRANTED in part and DENIED in part.
Judgment is entered for both Defendants on Plaintiffs' Section 1983 claims and judgment of dismissal without prejudice is entered for both Defendants on Plaintiffs' state-law claims.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Mary K. Dimke _____ on parties' Motion for Summary Judgment.

Date:   September 30, 2024

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore

*(By) Deputy Clerk*

Sara Gore